COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-05-316-CV

 

CAROLYN
W. QUIST, D.O.                                                    APPELLANT

 

 

                                                   V.

 

SPRING
TYRONE AND                                                           APPELLEES

CHRISTOPHER TYRONE

                                               ----------

           FROM
THE 352ND DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AUnopposed
Motion To Dismiss Appeal With Prejudice@  It is the court's opinion that the motion
should be granted; therefore, we dismiss the appeal.  See TEX. R. APP. P.
42.1(a)(2), 43.2(f).

The parties shall bear their own costs of appeal,
for which let execution issue.

PER CURIAM

PANEL D:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

 

DELIVERED: November 17,
2005











[1]See Tex. R. App. P. 47.4.